HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARDER, #179741
Chief Assistant for the Federal Defender
GREGORY HAYES
Certified Law Student for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
TAMMY CAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.  14-cr-0024 KJN |
| ) | |
| Plaintiff,    ) | AMENDED STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs.                       ) | |
| ) | Date: June 4, 2014 |
| TAMMY CAO and VANESSA PHAM,  ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Kendall J. Newman |
| Defendants.   ) | |
| ) | |
| ) | |

      The United States of America, by and through Eric Chai, Special Assistant United States Attorney, together with the defendants, Tammy Cao, through Linda Harter, Chief Assistant for the Federal Defender, and defendant, Vanessa Pham, through her counsel, Michelle Spaulding, agree to vacate the status conference date of April 9, 2014 and set the status conference for June 4, 2014 at 9:00 a.m. for the following reason:

      The extra time will allow defense counsel to review discovery, which includes thousands of pages of documents. Additionally, Ms. Cao requires an interpreter to be present. An interpreter is not available unless the government pays $1000 to have an interpreter come to the hearing from San Jose.

      The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to

1  provide defense counsel with the reasonable time to prepare, and that the ends of justice to be
2  served by granting the continuance outweigh the best interests of the public and the defendant in
3  a speedy trial.  The exclusion of time is from April 9, 2014 until June 4, 2014.

                                             Respectfully submitted,

Dated:  April 7, 2014                        HEATHER E. WILLIAMS
                                             Federal Defender


                                             */s/ Linda Harter*
                                             LINDA HARTER
                                             Chief Assistant for the Federal Defender
                                             Attorney for Defendant
                                             TAMMY CAO

Dated:  April 7, 2014

                                              /s/ *Michelle Spaulding*
                                             MICHELLE SPAULDING
                                             Attorney for Defendant
                                             VANESSA PHAM


Dated: April 7, 2014                         BENJAMIN B. WAGNER
                                             United States Attorney


                                              */s/ Eric Chai*
                                             Eric Chai
                                             Special Assistant U.S. Attorney
                                             Attorney for Plaintiff


**O R D E R**

    Based on the reasons set forth in the stipulation of the parties filed on April 7, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Wednesday, April 9, 2014, be vacated and that a status conference be set for Wednesday, June 4, 2014, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 7, 2014 stipulation, the time within

which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of April 9, 2014, through and including June 4, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: April 8, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE