```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14-CR-00024-KJN |
| ) | |
| Plaintiff, ) | STIPULATION TO CLARIFY |
| v. ) | RESTITUTION; ORDER |
| ) | |
| TAMMY CAO, and ) | |
| VANESSA PHAM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed between the United States and the defendants Tammy Cao ("Cao") and Vanessa Pham ("Pham," and, together with Cao, collectively, the "Defendants"), by and through their respective counsel, as follows.

BACKGROUND

On January 31, 2014, Defendants were charged by Information with ten counts of Theft of Government Property, in violation of 18 U.S.C. § 641 and one count of Conspiracy to Commit Theft of Government Property, in violation of 18 U.S.C. § 371.

On June 4, 2014, Cao pleaded guilty to one count of Theft of Government property, and was sentenced to 36 months of Court probation, $10,786 in restitution, and a $25 special assessment.

1    Stipulation to Clarify Restitution

(ECF # 16, 18, 21).

On June 4, 2014, Pham entered into a deferred prosecution agreement with the United States in which she agreed to be jointly and severally liable with Cao for the payment of $10,786 in restitution, and abide by other conditions.  (ECF # 15, 19).

By December 2014, Cao had made $8,475 in restitution payments (which were processed and accepted by the Clerk of the Court), leaving an outstanding balance, including accrued interest, of $2,315.50.  The Clerk of the Court is also in possession of $4,000 from Pham, which it has been unable to process because no judgment has been entered as to Pham.  The Clerk of the Court has requested clarification from the Court before it can process the restitution payments.

## STIPULATION

The parties thus stipulate as follows:

1. That after Cao's $8,475.00 payment and the addition of accrued interest, $2,315.50 remained outstanding on Pham and Cao's $10,786.00 joint restitution obligation.

2. That the Clerk of the Court shall apply the $4,000.00 received by Pham towards the $2,315.50 remaining on Pham and Cao's $10,786.00 joint restitution obligation, and return to Pham the $1,684.50 remaining after full satisfaction of the joint restitution obligation.

///
///
///
///
///

3. Upon entry of this Order, Cao and Pham's restitution obligations shall be deemed fully satisfied.

Dated: January 20, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                           By:  /s/ Jeffrey A. Spivak
                                JEFFREY A. SPIVAK
                                Assistant U.S. Attorney


Dated: January 20, 2015         HEATHER WILLIAMS
                                Federal Defender


                                /s/ Linda Harter
                                LINDA HARTER
                                Counsel for Tammy Cao
                                (authorized by email 1/20/15)


Dated: January 20, 2015         /s/ Michelle Spaulding
                                Michelle Spaulding
                                SUMMIT DEFENSE
                                Counsel for Vanessa Pham
                                (authorized by email 1/14/15)


**ORDER**

IT IS SO ORDERED.


Dated: January 20, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE