```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>VANESSA PHAM,<br><br>   Defendant. | 2:14-CR-0024-KJN<br><br>ORDER TO DISMISS INFORMATION<br><br>Judge: Hon. Kendall J. Newman |

It is hereby ordered that the Information against VANESSA PHAM is dismissed.

IT IS SO ORDERED.

Dated:  February 25, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1